IH-32                                                                                      Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

MATTHEW KEIL et al.

|  |
|---|
| Plaintiff |

vs.

THE CITY OF NEW YORK et al.

Defendant

Case Number

1:21-cv-8773

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

MICHAEL KANE et al.

|  |
|---|
| Plaintiff |

vs.

BILL DE BLASIO et al.

Defendant

Case Number

21-cv-7863 (VEC)

IH-32                                                                          Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed          (If so, set forth the procedure which resulted in closure, e.g., voluntary
                  dismissal, settlement, court decision.  Also, state whether there is an appeal
                  pending.)

☑ Open            (If so, set forth procedural status and summarize any court rulings.)

On October 12, 2021, Judge Valerie Caproni denied the Plaintiffs' application for a preliminary injunction. On
October 25, 2021 Plaintiffs filed a Notice of Interlocutory Appeal to the United States Court of Appeals for the
Second Circuit from Judge Valerie Caproni's October 12, 2021 Order. On October 25, 2021, the Court stayed
the instant matter pending resolution of the appeal before the Second Circuit.

Explain in detail the reasons for your position that the newly filed case is related to the
earlier filed case.

Both cases concern the constitutionality of the Defendants' policy of mandatory vaccination
of school employees.

Signature: /s/ Barry Black                              Date: 10/27/2021
           Nelson Madden Black LLP

Firm:      _____