AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Matthew Keil et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-08773 |
| The City of New York et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Matthew Keil, John De Luca, Sasha Delgado, Dennis Strk and Sarah Buzaglo                                            .

Date:     10/27/2021

/s/ Sarah E. Child
*Attorney's signature*

Sarah E. Child 5578901
*Printed name and bar number*
Nelson Madden Black LLP
475 Park Avenue South, Suite 2800
New York, NY 10016

*Address*

schild@nelsonmaddenblack.com
*E-mail address*

(212) 382-4306
*Telephone number*

(212) 382-4319
*FAX number*