```
SCHEINMAN ARBITRATION AND MEDIATION SERVICES
---------------------------------------------- X
In the Matter of the Arbitration
                                               X
             between
                                               X
NEW YORK CITY DEPARTMENT OF EDUCATION              Re:UFT #135
                                               X
               and
                                               X
AGELIKIS HELIOTIS
                                               X

---------------------------------------------- X
```

Issue:    MEDICAL EXEMPTION

Date of Hearing: 9/24/21

<u>Award</u>

APPLICATION FOR EXEMPTION:  GRANTED [ ]    DENIED [X ]    OTHER [ ]

_____

_____

_____

_____

_____           9/24/2021
**Arbitrator**