UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
MATTHEW KEIL, JOHN DE LUCA, SASHA :
DELGADO, DENNIS STRK and SARAH BUZAGLO, :
: Case No. 1:21-cv-08773
    Plaintiffs, :
:
 - against - :
:
THE CITY OF NEW YORK; BOARD OF : NOTICE OF INTERLOCUTORY
EDUCATION OF THE CITY SCHOOL DISTRICT OF : APPEAL
NEW YORK; DAVID CHOKSHI, IN HIS OFFICIAL :
CAPACITY OF HEALTH COMMISSIONER OF THE :
CITY OF NEW YORK; and MEISHA PORTER, IN :
HER OFFICIAL CAPACITY AS CHANCELLOR OF :
THE NEW YORK CITY DEPARTMENT OF :
EDUCATION, :
:
    Defendants. :
----------------------------------------------------------------X

Notice is hereby given that Plaintiffs Matthew Keil, John De Luca, Sasha Delgado, Dennis Strk and Sarah Buzaglo hereby appeal to the United States Court of Appeals for the Second Circuit from the Order entered on October 28, 2021, denying Plaintiffs' application for a Temporary Restraining Order and a Preliminary Injunction. This appeal is taken from each and every part of the October 28, 2021 Order.

Dated: New York, New York
   October 28, 2021

               **NELSON MADDEN BLACK LLP**
               *Attorneys for Plaintiffs*

               By: Barry Black
               475 Park Avenue South, Suite 2800
               New York, NY 10016
               (212) 382-4300

               Jonathan R. Nelson
               Sarah E. Child