# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of October, two thousand twenty-one.

Before:　　　Joseph F. Bianco,
　　　　　　　*Circuit Judge.*

_____

| | |
|---|---|
| Matthew Keil, John De Luca, Sasha Delgado, Dennis Strk, Sarah Buzaglo, | **ORDER** |
| Plaintiffs - Appellants, | Docket No. 21-2711 |
| v. | |

Matthew Keil, John De Luca, Sasha Delgado, Dennis Strk, Sarah Buzaglo,

　　　　　　Plaintiffs - Appellants,

v.

The City of New York, Board of Education of the City School District of New York, David Chokshi, in his Official Capacity of Health Commissioner of the City of New York, Meisha Porter, in her Official Capacity as Chancellor of the New York City Department of Education,

　　　　　　Defendants - Appellees.

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: <u>October 28, 2021</u>

**ORDER**

Docket No. 21-2711

Appellants seek an emergency injunction, including a temporary restraining order, staying enforcement of the City's vaccine mandate pending resolution of this appeal.

IT IS HEREBY ORDERED that, to the extent Appellants request a temporary injunction pending determination of their motion by a three-judge panel, that request is DENIED. The motion for an injunction pending appeal is REFERRED to a three-judge motions panel.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit