# UNITED STATES DISTRICT COURT
## for the

Matthew Keil, et al. )
*Plaintiff* )
v. ) Case No. 21 Civ. 8773
The City of New York, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Matthew Keil, John De Luca, Sasha Delgado, Dennis Strk and Sarah Buzaglo.

Date: 11/01/2021

*Attorney's signature*

Jonathan Robert Nelson (JN8796)
*Printed name and bar number*

Nelson Madden Black LLP, 475 Park Avenue South, Suite 2800, New York, NY 10016
*Address*

jnelson@nelsonmaddenblack.com
*E-mail address*

(212) 382-4301
*Telephone number*

(212) 382-4319
*FAX number*