To Whom It May Concern:

Please keep this communication confidential.

My Christian upbringing, my attendance at religious services, my religious schooling, my life experiences with God, my reading of religious texts, and my daily prayers with God are the foundation of my personal religious beliefs and my guide for not committing mortal sin. Mortal sin occurs when you commit a sin, with the knowledge and consent that what you are doing is sin. These are unforgivable sins, and God will condemn me for committing them. "Anyone who does not remain in me will be thrown out like a branch and wither; people will gather them and throw them into a fire and they will be burned. (John chapter 15: verse 6) Over various years and continuing to the present, my understanding of what God wants and requires me to do has become apparent, and I adhere to these views because I will not commit mortal sin.

I live trying to please God by following His laws. Several examples of this are: working in a school where almost all the students live below the poverty line, donating money and belongings to charity, going to religious services, praying multiple times a day, thinking of God before taking any action to consider how God will judge me, using natural remedies to keep me healthy, such as eating healthy, frequently exercising, getting enough sleep, and praying to God to keep me healthy.

 All your questions about my medical history are suspect because my medical information is private and is protected under the Health Insurance Portability and Accountability Act of 1996 (HIPAA). I am 5' 10'' tall and weigh about 145 pounds, and I am in excellent condition. Since there was no way for me to refuse, my parents had me vaccinated as a child and many years ago, I was vaccinated before I became informed about vaccines, and I will never again in my life receive any vaccines because God does not want me to defile my body. I don't take any medication and have not in many years. I never plan on taking any medication, especially any medications that have any possibility of being associated with utilizing aborted babies in the research, development, or manufacturing of the product, as doing so would violate my sincerely held religious beliefs. Let me reiterate, I use natural remedies to keep me healthy, such as eating healthy, frequently exercising, getting enough sleep, and praying to God to keep me healthy. Thanks to God, I am in excellent health.

I will not put into my body substances that contain neurotoxins, hazardous substances, attenuated viruses, animal parts, foreign DNA, albumin from human blood, carcinogens and chemical wastes that are proven harmful to the human body,
See  http://www.cdc.gov/vaccines/pubs/pinkbook/downloads/appendices/b/excipient-table-2.pdf  for excipient vaccine information (last visited December 9, 2021). I find injection of the same to be in direct conflict with my Christian duty to protect my body as the temple of the Holy Spirit.

Let me emphasize this point: "Our body is the temple of God and should not be defiled". 1 Corinthians chapter 6: verses 19-20. "God has created man in his image, in the divine image he created him; male and female he created them." Genesis chapter 1: verse 27. God has made me in his image, my body is a temple of God that belongs to God. "But if you do not harken to the voice of the Lord your God, and are not careful to observe all his commandments which I enjoin on you today, all these curses shall come upon you and overwhelm you. Deuteronomy chapter 28: verses 15 -19. God does not want me to sin. "Flee from sin as from a serpent that will bite

you if you go near it; Its teeth are lion's teeth destroying the soul of men." Sirach chapter 21: verse 2.

I, John De Luca, do hereby swear and affirm that my religious beliefs and practices, which result in this request for a religious accommodation, are sincerely held. I invoke my religious right for accommodation under the Free Exercise Clause of the First Amendment, Title VII of the Civil Rights Act of 1964, NYS Executive Law, Human Rights Law, Article 15, Section 296, and all other governing laws.

Having formally notified the New York City Department of Education of the conflict between the COVID vaccination requirement and my religious beliefs, I look forward to receiving a prompt decision on the requested religious accommodation. Failing an accommodation, I reserve my right to pursue any legal remedy available to me under established law.

Sincerely,

John De Luca

File# 0724056

Father Deacon Matthew Keil

1. Throughout my adult life, I have completely abstained from vaccinating myself (and my wife and six children) based entirely upon my sincerely held religious beliefs. My conversion to Christianity, however, came when I was twenty years old, and so I did receive childhood vaccinations when I was under the legal guardianship of my parents who are not Christians.

2. "Not that which goeth into the mouth defileth a man." (Matt. 15:11) Vaccines, unlike other medications, are injected directly into our blood, and these injections often include things like the cells of monkeys, chicken embryos, bovine serum, kidneys of other animals, live viruses, formaldehyde, monosodium glutamate, aluminum, and even (in a number of vaccines) cells cultured from aborted fetuses (tissues which vaccine inserts refer to glibly as "human diploid cells").

3. To the best of my knowledge, I use no other products that are derived from abortion-derived fetal cell-lines.  There are some products, both food and medicine, which I have heard have made use of them, and I am in the process of doing further research to conclude the truth of that; until I have reached a satisfactory answer, however, I have ceased using those products, or eating those foods, and have instructed my family members to do the same. They can attest to that.

Dennis Strk

1. I have not been vaccinated since 2008. As stated in my original religious exemption letter, "As I entered more fully into adulthood by beginning a relationship with my eventual wife and becoming a social studies teacher in 2008, my faith in God continued to deepen and I also began to learn more about Christian approaches to health. These beliefs were heavily influenced by further exploration into holy scriptures as well as encountering fellow Christians who were not vaccinated. I soon began to realize shortly thereafter that vaccination is a sin and an affront to God's plan for us and the teachings of the Bible."

2 and 3. I avoid medical products and food products that are researched, developed, tested, and/or produced using aborted human fetuses. I also seek other remedies before resorting to modern medical products or procedures. This too was addressed in my original religious exemption letter.

4. In other contexts, I continue to avoid vaccines such as the annual flu vaccine. I also do not use medical or food products in my daily life that are researched, developed, tested, and/or produced using aborted human fetuses.

Sasha Delgado

1. I have not had vaccinations in many years. I received vaccinations when I was a minor. I do not take any vaccines including the flu shot.

2. My body is the temple of the Holy Spirit and therefore I must take care of the temple. There are many things that I do not use or take. I do not eat pork, shellfish or many other types of seafood. I also do not drink any alcohol. I eat organic non gmo foods because I do not want the pesticides, foreign substances and other harmful toxins entering my body. I do not use products on my hair or skin that have toxic chemicals. I am extremely careful with the skin care products I use.

3. I am not taking any medications and for years I have worked with naturopathic, holistic and functional medicine doctors to improve my health. I use natural remedies to keep myself healthy, as treatments for sickness and to heal my body. If I were to discover that certain medications whether prescribed or over the counter were derived from aborted fetal cells I would not take them and I would ask the doctor to prescribe something else. Any medications that have been taken in the past were taken with the belief that they do not derive from aborted fetal cells.

Sarah Buzaglo

1. Please refer to my personal letter.

2. Any time there is a potential Halachic issue I consult with my Rabbinical authority and follow the direction given implicitly. Halacha is Jewish law. A wide range of halacha exists, pertaining to the clothes we wear (tznius), the diet we consume (kashrut), the prayers we utter daily (tefilla), the laws of Sabbath (Shabat), etc. Thus, many products, procedures, perishables, etc. are subject to halachic scrutiny.

3. Please refer to answer number 2.

We would also like to give each employee the opportunity to let us know about any other occasion the employee has acted in accordance with the cited belief outside the context of a COVID-19 vaccination, to the extent it was not previously provided in the documentation already submitted.

Please refer to my personal letter.