# NELSON MADDEN BLACK LLP

475 Park Avenue South, Suite 2800
New York, New York 10016
Telephone: (212) 382-4300
nelsonmaddenblack.com

Jonathan R. Nelson (212) 382-4301
jnelson@nelsonmaddenblack.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/07/2022
```



January 7, 2022

**By ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

    Re: *Kane, et al., v. Bill de Blasio, et al.*, No. 21 Civ. 7863

    Re: *Keil, et al., v. The City of New York, et al.,* No. 21 Civ. 8773 (consolidated with *Kane*)

Dear Judge Caproni:

    We represent the *Keil* Plaintiffs in the *Kane* lawsuit, referenced above. I am writing on behalf of my clients and also on behalf of Attorney Sujata Gibson, attorney for the *Kane* plaintiffs, to request an emergency extension of one day on the obligation of plaintiffs to submit a consolidated complaint pursuant to the Court's endorsed order dated December 17, 2021 and the Court's docket entry order dated December 27, 2021. Assistant Corporation Counsel Lora Minicucci has consented to our request on behalf of all Defendants.

    We apologize to the Court for not providing advance notice of our extension request. A member of Ms. Gibson's family has become quite ill during the past week, with critical needs last night. As a result, Ms. Gibson needs until the coming Monday, January 10, 2022, to edit our draft consolidated complaint. We respectfully ask the Court to extend the time for the submission of plaintiffs' consolidated complaint until then.

                                  Respectfully submitted,

                                    */s/ Jonathan R. Nelson*
                                    Nelson Madden Black LLP
                                    *Counsel for Plaintiffs*
                                    By Jonathan Robert Nelson (JN-8796)

cc:     All counsel via ECF

Application GRANTED. The deadline to file the consolidated amended complaint is adjourned to **Monday, January 10, 2022**.

SO ORDERED.

Date: January 7, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE