USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/14/2022

| | |
|---|---|
| GIBSON LAW FIRM, PLLC<br>Sujata S. Gibson, Esq.<br>408 W Martin Luther King, Jr. St.<br>Ithaca, NY 14850 | NELSON MADDEN BLACK LLP<br>Barry Black, Esq.<br>475 Park Ave. S., Suite 2800<br>New York, NY 10016 |

March 14, 2022

**MEMO ENDORSED**

**By ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re: *Michael Kane, et al. v. Bill de Blasio, et al.* 21-cv-7863 (VEC)
*Matthew Keil, et al. v. The City of New York, et al.* 21-cv-8773 (VEC)

Dear Judge Caproni:

We represent the Plaintiffs in the above-referenced cases. We write to respectfully request an extension of time for the Plaintiffs to file their opposition to the Defendants' motion to dismiss the Amended Complaint, which is currently due on March 16, 2022. Attorney Barry Black, counsel for the *Keil* Plaintiffs, had an unexpected family emergency today. Plaintiffs require additional time to file their opposition.

This is the Plaintiffs' first request for an extension of time. Assistant Corporation Counsel Jessica Giambrone has consented to our request on behalf of the Defendants. We respectfully ask the Court to extend the time for the Plaintiffs to submit their opposition to Wednesday, March 30, 2022 and Defendants' reply papers, if any, to Friday, April 15, 2022.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Sujata S. Gibson*
Counsel for Plaintiffs

/s/ *Barry Black*
Counsel for Plaintiffs

cc: Counsel of Record (via ECF)

---

Application GRANTED. Plaintiffs' response in opposition to the motion to dismiss is due no later than **Wednesday, March 30, 2022** and Defendants' reply in support of their motion is due no later than **Friday, April 15, 2022**.

SO ORDERED.

*Valerie Caproni* Date: March 14, 2022
HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE