USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
MICHAEL KANE, WILLIAM CASTRO,                  :
MARGARET CHU, HEATHER CLARK,                   :
STEPHANIE DI CAPUA, ROBERT                     :
GLADDING, NWAKAEGO NWAIFEJOKWU,                :
INGRID ROMERO, TRINIDAD SMITH,                 :
AMARYLLIS RUIZ-TORO,                           :
                          Plaintiffs,          :
            -against-                          :        21-CV-7863 (VEC)
                                               :
BILL DE BLASIO, IN HIS OFFICIAL                :
CAPACITY AS MAYOR OF THE CITY OF               :
NEW YORK; DAVID CHOKSHI, IN HIS                :
OFFICIAL CAPACITY OF HEALTH                    :
COMMISSIONER OF THE CITY OF NEW                :
YORK; NEW YORK CITY DEPARTMENT OF              :
EDUCATION,                                     :
                          Defendants.          :
----------------------------------------------------------------X
----------------------------------------------------------------X
MATTHEW KEIL, JOHN DE LUCA, SASHA              :
DELGADO, DENNIS STRK, SARAH                    :
BUZAGLO,                                       :
                          Plaintiffs,          :
            -against-                          :
                                               :        21-CV-8773 (VEC)
THE CITY OF NEW YORK, BOARD OF                 :
EDUCATION OF THE CITY SCHOOL                   :
DISTRICT OF NEW YORK, DAVID CHOKSHI,           :
MEISHA PORTER,                                 :
                          Defendants.          :
----------------------------------------------------------------X

## ORDER TO SHOW CAUSE

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 14, 2022, Defendants filed a motion to dismiss the amended

complaint, Dkt. 111;

WHEREAS on March 30, 2022, Plaintiff responded in opposition to the motion, Dkts.

119–120;

WHEREAS Defendants' reply in support of their motion is due no later than April 15, 2022, Dkt. 115; and

WHEREAS on April 12, 2022, Plaintiffs filed yet another motion for a preliminary injunction, Dkts. 121–143.

IT IS HEREBY ORDERED that Plaintiffs must show cause, by no later than **Wednesday, April 20, 2022**, in a letter brief not to exceed five pages, why the motion for a preliminary injunction should not be stayed pending the Court's resolution of the pending motion to dismiss.  Any response by Defendants, in a letter brief not to exceed five pages, is due no later than **Wednesday, April 27, 2022**, and any reply by Plaintiffs, in a letter brief not to exceed two pages, is due no later than **Monday, May 2, 2022**.


**SO ORDERED.**

**Date:   April 13, 2022**                                    _____
       **New York, New York**                          **VALERIE CAPRONI**
                                                 **United States District Judge**