**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

MICHAEL KANE, et al.,

                       Plaintiff,                 21 **CIVIL** 7863 (NRB)
                                       21 **CIVIL**  8773  (NRB)

        -against-                          <u>**JUDGMENT**</u>

BILL DE BLASIO, et al.,

                       Defendants.
--------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Memorandum & Order dated August 26, 2022, this Court denies the motion for a preliminary injunction and dismisses plaintiffs' complaint in its entirety with prejudice. The Clerk of Court is respectfully directed to terminate the open motions  and accordingly, this case is closed.

**Dated:**  New York, New York
          August 30, 2022

                                    **RUBY J. KRAJICK**

                                      _____
                                      **Clerk of Court**
        **BY:**
                                      _____
                                      **Deputy Clerk**