1:21-cv-08773-NRB

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT
————————

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of July, two thousand twenty-three.

Before:      Debra Ann Livingston,
              *Chief Judge,*
            Amalya L. Kearse,
            Eunice C. Lee,
              *Circuit Judges.*

————————————————————

Matthew Keil, John De Luca, Sasha Delgado, Dennis Strk, Sarah Buzaglo,

      Plaintiffs - Appellants,

v.

The City of New York, Board of Education of the City School District of New York, David Chokshi, in his Official Capacity of Health Commissioner of the City of New York, Meisha Porter, in her Official Capacity as Chancellor of the New York City Department of Education,

      Defendants - Appellees.

————————————————————

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2023

**STATEMENT OF COSTS**

Docket No. 21-2711

IT IS HEREBY ORDERED that costs are taxed in the amount of $2,145.05 in favor of the Appellants.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/14/2023